# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LINDSEY LACEY,

             Petitioner,

    v.

MATTHEW ATCHLEY,

             Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:21-cv-07838-VBF-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 18) is granted in part, and Ground Three is stricken from the First Amended Petition.

Dated: August 20, 2024

/s/ Valerie Baker Fairbank

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE